

**ORDERED in the Southern District of Florida on November 19, 2019.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                            CASE NO.: 15-27116-RAM
JOSE D. GARCIA COLLADO                            CHAPTER 13
ESTHER RODRIGUEZ LEZCANO
    Debtors,
_____/

### ORDER GRANTING EMERGENCY MOTION TO ALLOW THE PURCHASE OF A HOMESTEAD PROPERTY AND TO ALLOW THE FINANCIN OF THE PROPERTY, DE 48

**THIS CAUSE** having come before the court on November 19, 2019, at 10:00 am upon the Debtor's, Emergency Motion to Allow the Purchase of a Homestead Property and to Allow the Financing of the Property ( **DE 48** ), having been advised on the premises, this court having

considered the basis for the motion, no opposition being heard, and being otherwise duly advised in the premises, hereby **ORDERED** as follows:

1. The Motion (**DE 48**) is hereby **GRANTED**.

2. The Debtors are allowed to purchase homestead property located at 8987 Red Bud Street, Parker, CO 80134.

3. The Debtors will provide copy of the closing statements to the Trustee.

4. The Debtors are allowed to finance part of the homestead being purchased.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 547-1234 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).